# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2016

## NO. 03-13-00025-CV

Jerry Scarbrough, Denise Steele, and Melissa Victoria Deaton, Appellants

v.

Helen Purser; Sue E. Purser a/k/a Sue E. Van Zanten; Gary W. Purser, Jr.;
JoAnn M. Purser; and Elizabeth H. Tipton, Appellees

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
AFFIRMED IN PART; MODIFIED AND, AS MODIFIED, AFFIRMED IN PART;
REVERSED AND RENDERED IN PART -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on October 12, 2012. Having reviewed the record and the parties' arguments, the Court holds that the district court's judgment is affirmed in part; modified and, as modified, affirmed in part; and reversed and rendered in part. The Court affirms the awards of past mental anguish damages to Helen Purser; Sue E. Purser a/k/a Sue E. Van Zanten; Gary W. Purser, Jr.; JoAnn M. Purser; and Elizabeth H. Tipton (the Purser Family) for defamation totaling $1,060,000 ($180,000 against Steele, $180,000 against Deaton, and $700,000 against Scarbrough), reverses the portions of the judgment awarding the other compensatory damages to the Purser Family against Scarbrough, Steele, and Deaton, and renders judgment that as to the compensatory damages, the Purser

Family take only the $1,060,000 awarded for past mental anguish for defamation. The Court modifies the exemplary damages awarded against Scarbrough to $700,000, against Steele to $200,000, and against Deaton to $200,000 by applying the statutory cap and affirms the awards as modified. The Court affirms the district court's orders incorporated into the judgment imposing discovery-abuse sanctions against Scarbrough in the amounts of $25,000, $15,959.50, $11,000, $1,150, and $1,152 and its order, also incorporated into the judgment, imposing discovery-abuse sanctions against Deaton in the amount of $5,000. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.